**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 7 CASE** |
| **O'CONNOR, PETER M.** | |
| | **CASE NO. 06-16854 BL** |
| | **JUDGE Bruce W. Black(Joliet)** |
| **Debtor(s)** | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS**
**FOR COMPENSATION, AND HEARING ON THE ABANDONMENT**
**OF PROPERTY BY THE TRUSTEE**

TO  the Debtor(s), Creditors, and other Parties in Interest:

1.    NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

At:    Will County Court Annex Building
57 N. Ottawa St., Room 201
Joliet, Illinois 60432

on:   **May 8, 2009**
at:   **9:15 a.m.**

2.    The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.    The Trustee's Final Report shows total:

| | | |
|---|---|---|
| a.  Receipts | $ | 4,951.52 |
| b.  Disbursements | $ | 1,300.00 |
| c.  Net Cash Available for Distribution | $ | 3,651.52 |

4.    Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MICHAEL G. BERLAND (Trustee Fees) | 0.00 | $912.88 | |

5.   Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.       In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.       Claims of general unsecured creditors totaling $49,258.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 5.56%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Prime Acceptance Corp | $ 9,153.24 | $ 508.90 |
| 2 | eCAST Settlement Corporation assignee of | $ 189.90 | $ 10.56 |
| 3 | American Express Centurion Bank | $ 419.82 | $ 23.34 |
| 4 | LVNV Funding LLC its successors and assigns as | $ 1,487.31 | $ 82.69 |
| 6 | Wilshire Credit Corporation | $ 38,007.83 | $ 2,113.15 |
| 7 | LVNV Funding LLC its successors and assigns as (Late claim) | $ 4,455.27 | $ 0.00 |

8.       Proposed dividends are approximations.  Actual dividends may

differ due to interest accrual, fee reductions, or as ordered by the Court.

9.      The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.     Debtor has been discharged.

11.     The Trustee proposed to abandon the following property at the hearing:

Date d:   **March 13, 2009**                          For the Court,

                                         **KENNETH S. GARDNER**
                                         Kenneth S. Gardner
                                         Clerk of the U.S. Bankruptcy Court
                                         219 S. Dearborn Street; 7th Floor
                                         Chicago, IL  60604

Trustee:     MICHAEL G. BERLAND
Address:      1 NORTH LASALLE STREET
              STE 1775
              CHICAGO, IL  60602
Phone No.: (312) 855-1272