**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>O'CONNOR, PETER M.<br><br>                      **Debtor(s)** | CHAPTER 7 CASE<br><br>CASE NO. 06-16854 BL<br><br>JUDGE Bruce W. Black(Joliet) |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  Will County Court Annex Building
         57 N. Ottawa St., Room 201
         Joliet, Illinois 60432

    on:  **May 8, 2009**
    at:  **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                               $         4,951.52

    b. Disbursements                          $         1,300.00

    c. Net Cash Available for                 $         3,651.52
    Distribution

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MICHAEL G. BERLAND (Trustee Fees) | | 0.00 | $912.88 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $49,258.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 5.56%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Prime Acceptance Corp | $ 9,153.24 | $ 508.90 |
| 2 | eCAST Settlement Corporation assignee of | $ 189.90 | $ 10.56 |
| 3 | American Express Centurion Bank | $ 419.82 | $ 23.34 |
| 4 | LVNV Funding LLC its successors and assigns as | $ 1,487.31 | $ 82.69 |
| 6 | Wilshire Credit Corporation | $ 38,007.83 | $ 2,113.15 |
| 7 | LVNV Funding LLC its successors and assigns as (Late claim) | $ 4,455.27 | $ 0.00 |

8. Proposed dividends are approximations. Actual dividends may

      differ due to interest accrual, fee reductions, or as ordered by the Court.

9.    The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.    Debtor has been discharged.

11.    The Trustee proposed to abandon the following property at the hearing:

Dated: **March 13, 2009**      For the Court,

      **KENNETH S. GARDNER**
      Kenneth S. Gardner
      Clerk of the U.S. Bankruptcy Court
      219 S. Dearborn Street; 7th Floor
      Chicago, IL 60604

Trustee:    MICHAEL G. BERLAND
Address:    1 NORTH LASALLE STREET
             STE 1775
             CHICAGO, IL 60602
Phone No.: (312) 855-1272

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 1                  Date Rcvd: Mar 13, 2009
Case: 06-16854                Form ID: pdf002              Total Served: 26

The following entities were served by first class mail on Mar 15, 2009.
db         +Peter M. O'Connor,    1704 Maserati Drive,    Joliet, IL 60435-8574
11238507   +AT&T,    PO Box 8100,   Aurora IL 60507-8100
11071073   +American Express,    P.O. Box 0001,   Los Angeles, CA 90096-8000
11277715    American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
11071074   +Aurora Loan Services,    10350 Park Meadows Dr.,    Littleton, CO 80124-6800
11071075   +Capital One,    PO Box 60024,   City Of Industry, CA 91716-0024
11071078   +Chase,    P.O. Box 15153,   Wilmington, DE 19886-5153
11071079   +Citi Cards,    PO Box 688911,   Des Moines, IA 50368-8911
11071080   +Citimortgage,    PO Box 6006,   The Lakes, NV 88901-6006
11071082   +Homecomings Financial,    PO Box 78426,   Phoenix, AZ 85062-8426
11071083   +Household Credit Services,    PO Box 17051,   Baltimore, MD 21297-1051
11071084   +Kropik Papuga & Shaw,    120 S. LaSalle St.,    Chicago, IL 60603-3403
11238508   +Lockport Waterworks,    222 E 9th St,   Lockport I 60441-3464
11071085   +Primary Health Associates PC,    15300 West Ave., Ste. 122,    Orland Park, IL 60462-4507
11266537   +Prime Acceptance Corp,    200 W Jackson, Ste 720,    Chicago IL 60606-6941
11071086   +Prime Acceptance Corporation,    PO Box 6462,   Chicago, IL 60680-6462
11071087   +Shell Mastercard/Citi Cards,    PO Box 688915,   Des Moines, IA 50368-8915
11238509   +Terry Weber,    1543 Bayhill Drive,   New Lenox IL 60451-3418
11238510   +The Woodlands of Crest Hill,    1825 Arbor Lane,   Joliet IL 60403-2279
11071088   +Washington Mutual Card Services,    PO Box 660433,   Dallas, TX 75266-0433
11071089   +Will County Assessor,    c/o Lockport Township,    222 E. 9th St., Rm. 305,
             Lockport, IL 60441-3464
11277696    eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,   Services III,
             POB 35480,   Newark NJ 07193-5480

The following entities were served by electronic transmission on Mar 14, 2009.
11071081   +E-mail/Text: bkynotice@harvardcollect.com                              Harvard Collection,
             4839 N. Elston Ave.,   Chicago, IL 60630-2589
11289126    E-mail/Text: resurgentbknotifications@resurgent.com
             LVNV Funding LLC its successors and assigns as,    assignee of Washington Mutual,
             Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
12140501    E-mail/Text: resurgentbknotifications@resurgent.com
             LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
             Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
11071090   +E-mail/Text: WCCEBMB@WIN.ML.COM                              Wilshire Credit Corporation,
             P.O. Box 1650,   Portland OR 97207-1650
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11071076*  +Capital One,    PO Box 60024,   City Of Industry, CA 91716-0024
11071077*  +Capital One,    PO Box 60024,   City Of Industry, CA 91716-0024
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 15, 2009**                **Signature:**    *Joseph Speetjens*