IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>O'CONNOR, PETER M.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06-16854 BL<br><br>JUDGE Bruce W. Black(Joliet) |

### REPORT OF UNCLAIMED FUNDS

**Registrants served by electronic service**

United States Trustees Office
219 S. Dearborn Street, Suite 873
Chicago, Illinois  60602

Konstantine Sparagis
8 s. Michigan, 27th floor
Chicago, Illinois 60603
Attorney for debtor

**Service by mail**
Peter O'Connor
1704 Maserati Drive
Joliet, Illinois
Debtor

Wilshire Credit
POB 1650
Portland, Oregon, 97207

### NOTICE OF FILING

On January 20, 2010, the Trustee filed the Trustee's Report of Unclaimed Funds with the Clerk of the Bankruptcy Court.

Respectfully Submitted
Peter O'Connor, debtor

By:/s/ Michael G. Berland, trustee

### CERTIFICATE OF SERVICE

I certify that I sent the Report of Unclaimed Funds to the debtor

by mailing same to the debtor and to Wilshire credit on January 20,2010 and by serving all other parties of record by electronic service.
                                       /s/ Michael G. Berland Trustee


Michael G. Berland
1 North LaSalle Street
Suite 1775
Chicago, Illinois 60602
312-855-1272

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>O'CONNOR, PETER M.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06-16854 BL<br><br>JUDGE Bruce W. Black(Joliet) |

**TRUSTEE'S REPORT OF UNCLAIMED PROPERTY**

Michael G. Berland, Trustee,("Trustee") pursuant to 11 U.S.C. Section 347 of the Bankruptcy Code and Rule 3011 of the Federal Rules of Bankruptcy Procedure, provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1. The debtors filed a Chapter 7 petition. The Trustee was subsequently appointed, qualified, and continues to serve as Trustee in this case.

2. On May 13, 2009, the Trustee sent distribution checks via United States Mail to the creditors entitled to receive same under the Distribution Report filed by the United States Trustees Office with the Clerk of the Bankruptcy Court.

3. The following creditors did not cash dividend checks from the distribution made on May 13, 2009: Wilshire Credit: $2113.51 and the Trustee will deposit said sum with the Clerk Of the Bankruptcy Court.

Respectfully Submitted
Peter O'Connor, debtor

By:/s/ Michael G. Berland, trustee

```
Michael G. Berland
1 N. LaSalle Street
Suite 1775
Chicago, Illinois 60602
312-855-1272
```

UNCLAIMED FUNDS

Wilshire Credit                                              $2113.51
POB 1650
Portland, Oregon 97207