# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: O'CONNOR, PETER M.                §   Case No. 06-16854
                                          §
                                          §
Debtor(s)                                 §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $16,325.00 |
| Total Distribution to Claimants: $2,739.11 | Claims Discharged Without Payment: $74,328.77 |
| Total Expenses of Administration: $912.88 | |

3) Total gross receipts of $ 4,951.99  (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 1,300.00  (see **Exhibit 2**), yielded net receipts of $3,651.99 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $363,440.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 912.88 | 912.88 | 912.88 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 61,428.00 | 55,826.88 | 55,826.88 | 2,739.11 |
| TOTAL DISBURSEMENTS | $424,868.00 | $56,739.76 | $56,739.76 | $3,651.99 |

4) This case was originally filed under Chapter 7 on December 19, 2006. . The case was pending for 41 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/03/2010         By: /s/MICHAEL G. BERLAND
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Tax refund-scheduled | 1129-000 | 4,931.78 |
| Interest Income | 1270-000 | 20.21 |
| **TOTAL GROSS RECEIPTS** | | **$4,951.99** |

¹The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Peter O'Connor | Ppayment of exemption for tax exemption | 8100-002 | 1,300.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,300.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Aurora Loan Services | 4110-000 | 177,600.00 | N/A | N/A | 0.00 |
| Homecomings Financial | 4110-000 | 136,000.00 | N/A | N/A | 0.00 |
| Citimortgage | 4110-000 | 44,340.00 | N/A | N/A | 0.00 |
| Will County Assessor c/o Lockport Township | 4110-000 | 5,500.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$363,440.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 912.88 | 912.88 | 912.88 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 912.88 | 912.88 | 912.88 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prime Acceptance Corp | 7100-000 | 5,998.00 | 9,153.24 | 9,153.24 | 508.99 |
| eCAST Settlement Corporation assignee of | 7100-000 | N/A | 189.90 | 189.90 | 10.56 |
| American Express Centurion Bank | 7100-000 | 330.00 | 419.82 | 419.82 | 23.34 |
| LVNV Funding LLC its successors and assigns as | 7100-000 | N/A | 1,487.31 | 1,487.31 | 82.71 |

UST Form 101-7-TDR (9/1/2009)

| | | | | |
|---|---|---|---|---|
| Wilshire Credit Corporation | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| Wilshire Credit Corporation | 7100-000 | 33,859.00 | 38,007.83 | 38,007.83 | 0.00 |
| LVNV Funding LLC its successors and assigns as Harvard Collection | 7200-000 | N/A | 4,455.27 | 4,455.27 | 0.00 |
| | 7100-000 | 2,900.00 | N/A | N/A | 0.00 |
| Citi Cards | 7100-000 | 9,800.00 | N/A | N/A | 0.00 |
| Household Credit Services | 7100-000 | 120.00 | N/A | N/A | 0.00 |
| Primary Health Associates PC | 7100-000 | 11.00 | N/A | N/A | 0.00 |
| Kropik Papuga & Shaw | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Washington Mutual Card Services | 7100-000 | 1,400.00 | N/A | N/A | 0.00 |
| Shell Mastercard/Citi Cards | 7100-000 | 4,200.00 | N/A | N/A | 0.00 |
| Chase | 7100-000 | 1,700.00 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 360.00 | N/A | N/A | 0.00 |
| Clerk of Bankruptcy Court | 7100-000 | N/A | 2,113.51 | 2,113.51 | 2,113.51 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 61,428.00 | 55,826.88 | 55,826.88 | 2,739.11 |

UST Form 101-7-TDR (9/1/2009)

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 06-16854 | Trustee:    (520196)    MICHAEL G. BERLAND |
| Case Name:    O'CONNOR, PETER M. | Filed (f) or Converted (c):  12/19/06 (f) |
| | §341(a) Meeting Date:   01/11/07 |
| Period Ending: 06/03/10 | Claims Bar Date:   03/29/07 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1704 Maserati, Joliet-scheduled | 223,000.00 | 0.00 | | 0.00 | FA |
| 2 | Rental-410 E. 9th, Lockport-scheduled | 175,000.00 | 0.00 | | 0.00 | FA |
| 3 | Cash-Scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Harris Bank-scheduled | 800.00 | 0.00 | | 0.00 | FA |
| 5 | Furniture-scheduled | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Books-scheduled | 25.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing-scheduled | 450.00 | 0.00 | | 0.00 | FA |
| 8 | Costume jewelry-scheduled | 50.00 | 0.00 | | 0.00 | FA |
| 9 | Term insurance scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Union pension-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Tax refund-scheduled | 3,500.00 | 3,631.78 | | 4,931.78 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 20.21 | Unknown |
| 12 | Assets    Totals (Excluding unknown values) | $403,925.00 | $3,631.78 | | $4,951.99 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee filed his Final Report and made the distribution to creditors. The Trustee will file a Report Of Unclaimed Funds and his Final Account

Initial Projected Date Of Final Report (TFR):    April 30, 2011        Current Projected Date Of Final Report (TFR):    April 30, 2011

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 06-16854 | |
| Case Name: | O'CONNOR, PETER M. | |
| | | |
| Taxpayer ID #: | **-***0059 | |
| Period Ending: | 06/03/10 | |

| | |
|---|---|
| Trustee: | MICHAEL G. BERLAND (520196) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****01-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/14/07 | {11} | United States Treasury | Federal tax refund | 1129-000 | 4,666.78 | | 4,666.78 |
| 06/14/07 | {11} | Peter O'Connor | State tax refund | 1129-000 | 265.00 | | 4,931.78 |
| 06/26/07 | 1001 | Peter O'Connor | Ppayment of exemption for tax exemption | 8100-002 | | 1,300.00 | 3,631.78 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.05 | | 3,632.83 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.11 | | 3,634.94 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.00 | | 3,636.94 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.81 | | 3,638.75 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.13 | | 3,640.88 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.89 | | 3,642.77 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.85 | | 3,644.62 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 1.66 | | 3,646.28 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.74 | | 3,647.02 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.67 | | 3,647.69 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.50 | | 3,648.19 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.45 | | 3,648.64 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.46 | | 3,649.10 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.46 | | 3,649.56 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.43 | | 3,649.99 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.47 | | 3,650.46 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.39 | | 3,650.85 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.28 | | 3,651.13 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 3,651.38 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.14 | | 3,651.52 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 3,651.65 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 3,651.80 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.14 | | 3,651.94 |
| 05/12/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.05 | | 3,651.99 |
| 05/12/09 | | To Account #*******0166 | Transfer for purpose of final distribution | 9999-000 | | 3,651.99 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 4,951.99 | 4,951.99 | $0.00 |
| Less: Bank Transfers | 0.00 | 3,651.99 | |
| Subtotal | 4,951.99 | 1,300.00 | |
| Less: Payments to Debtors | | 1,300.00 | |
| NET Receipts / Disbursements | $4,951.99 | $0.00 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

Case Number:  06-16854

Case Name:  O'CONNOR, PETER M.

Taxpayer ID #:  **-***0059

Period Ending:  06/03/10

Trustee:  MICHAEL G. BERLAND (520196)

Bank Name:  JPMORGAN CHASE BANK, N.A.

Account:  ***-*****01-66 - Checking Account

Blanket Bond:  $5,000,000.00  (per case limit)

Separate Bond:  N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/12/09 | | From Account #*******0165 | Transfer for purpose of final distribution | 9999-000 | 3,651.99 | | 3,651.99 |
| 05/13/09 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $912.88, Trustee Compensation;  Reference: | 2100-000 | | 912.88 | 2,739.11 |
| 05/13/09 | 102 | Prime Acceptance Corp | Dividend paid   5.56% on $9,153.24; Claim# 1; Filed: $9,153.24; Reference: | 7100-000 | | 508.99 | 2,230.12 |
| 05/13/09 | 103 | eCAST Settlement Corporation assignee of | Dividend paid   5.56% on $189.90; Claim# 2; Filed: $189.90; Reference: | 7100-000 | | 10.56 | 2,219.56 |
| 05/13/09 | 104 | American Express Centurion Bank | Dividend paid   5.56% on $419.82; Claim# 3; Filed: $419.82; Reference: | 7100-000 | | 23.34 | 2,196.22 |
| 05/13/09 | 105 | LVNV Funding LLC its successors and assigns as | Dividend paid   5.56% on $1,487.31; Claim# 4; Filed: $1,487.31; Reference: | 7100-000 | | 82.71 | 2,113.51 |
| 05/13/09 | 106 | Wilshire Credit Corporation | Dividend paid   5.56% on $38,007.83; Claim# 6; Filed: $38,007.83; Reference: Stopped on 05/26/09 | 7100-000 | | 2,113.51 | 0.00 |
| 05/26/09 | 106 | Wilshire Credit Corporation | Dividend paid   5.56% on $38,007.83; Claim# 6; Filed: $38,007.83; Reference: Stopped: check issued on 05/13/09 | 7100-000 | | -2,113.51 | 2,113.51 |
| 01/20/10 | 107 | Clerk of Bankruptcy Court | Payment of unclaimed funds to Clerk Of Bankruptcy Court | 7100-000 | | 2,113.51 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 3,651.99 | 3,651.99 | $0.00 |
| Less: Bank Transfers | 3,651.99 | 0.00 |
| Subtotal | 0.00 | 3,651.99 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $0.00 | $3,651.99 |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 06-16854 |
| Case Name: | O'CONNOR, PETER M. |
| | |
| Taxpayer ID #: | **-***0059 |
| Period Ending: | 06/03/10 |

| | |
|---|---|
| Trustee: | MICHAEL G. BERLAND (520196) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******01-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****01-65 | 4,951.99 | 0.00 | 0.00 |
| Checking # ***-*****01-66 | 0.00 | 3,651.99 | 0.00 |
| Checking # 9200-******01-66 | 0.00 | 0.00 | 0.00 |
| | $4,951.99 | $3,651.99 | $0.00 |

{} Asset reference(s)

Printed: 06/03/2010 04:50 PM    V.12.08